

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul E. Budlow*  *Suite 400*  DIRECT: 410-209-4917
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.Budlow@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

June 10, 2020

Honorable Ellen L. Hollander
United States Magistrate Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

    Re:    *United States v. Marat Yelizarov*,
            Case #:  ELH-15-261

Dear Judge Hollander:

    I write to provide the Court with a status report in the above-referenced case.  Mr. Yelizarov's case was scheduled for resentencing for April 20, 2020.  When the hearing was removed from the calendar on April 10, 2020, the Court ordered a status report by June 8, 2020.  I have conferred with Jenifer Wicks, counsel for Mr. Yelizarov, and the parties agree that an in-person sentencing hearing should be scheduled.  Ms. Wicks is available starting in mid-July, assuming the courthouse opens for proceedings.  Therefore, I suggest that counsel confer with your staff, or with Your Honor on a conference call if you prefer, to select a resentencing date.

                                Respectfully submitted,

                                Robert K. Hur
                              United States Attorney

By: _____
      Paul E. Budlow
      Assistant United States Attorney

Cc:    Jenifer Wicks, Esquire